JARRETT A. GREEN (SBN 237443)
jagreen@nexus-law.com
NEAL S. ZASLAVSKY (SBN 277543)
nszaslavsky@nexus-law.com
NEXUS LAW GROUP, LLP
30 N. Raymond Ave., Suite 304
Pasadena, California 91103
Telephone: (626) 689-2004
Facsimile: (626) 689-2005

RANDALL S. THOMPSON (Pro Hac Vice)
randall.thompson@huschblackwell.com
ANTHONY G. GRICE (Pro Hac Vice)
anthony.grice@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste. 600
St. Louis, Missouri 63105
Phone: (314) 480-1500
Fax: (314) 480-1505

Attorneys for Defendant
CHARTER COMMUNICATIONS, LLC

JS 6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| PAMELA VIVIANO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-01000-DOC-OPx<br><br>**[~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT** |

WHEREAS, Plaintiff Pamela Viviano and Charter Communications, LLC, by and through their counsel, stipulated to remanding this action to San Bernardino County Superior Court, Victorville Courthouse.

WHEREAS, based on the Parties' Stipulation, the Court hereby ORDERS as follows:

(1) This action is remanded to San Bernardino County Superior Court, Victorville Courthouse; and

(2) The parties shall bear their own fees and costs in connection with the proceedings before this Court.

**IT IS SO ORDERED**

Dated: <u>September 18</u>, 2012

*/s/ David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE